1

2

3

4

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6

GENE JUAREZ SALONS, INC., et al.,

7

Plaintiff(s),

8

v.

9

AMERICAN INSURANCE COMPANY,

10

Defendant(s).

11

12

NO. C05-2153P

**AMENDED** MINUTE ORDER

13

14

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

15

16

The Minute Order previously entered in this matter on February 27, 2006 (Dkt. No. 8) is hereby STRICKEN.

17

18

At the request of counsel, the deadline for submission of the Joint Status Report is hereby continued to **March 15, 2006**.  All other FRCP 26-related deadlines are continued accordingly.

19

20

Filed this 6th day of March, 2006.

21

BRUCE RIFKIN, Clerk

22

23

By      /s Mary Duett
        Deputy Clerk

24

25

26

MINUTE ORDER